# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE WAGNER, | ) | CASE NO. 8:07CV255 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | **ORDER FOR DISMISSAL WITH** |
| VS. | ) | **PREJUDICE** |
| | ) | |
| ALLIED INTERSTATE, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

THIS MATTER came before the Court this 31st day of January, 2008, upon the Stipulation of the parties, pursuant to Fed.R.Civ.P. 41 that this matter has been settled and the Complaint shall be dismissed with prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41, except as otherwise agreed in the confidential Settlement Agreement herein, each party to pay its own fees and costs.

Dated:   January 31, 2008

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge

1